COM.

v.

**WILLIAMS, J.**

**2392 EDA 2016**

Superior Court of Pennsylvania.

09/15/2017

Reargument Denied 10/5/2017

CP–51–CR–0403571–1996 (Philadelphia)

Affirmed

COM.

v.

**FRIES, P.**

**2627 EDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–23–CR–0004483–2015 (Delaware)

Affirmed

COM.

v.

**RAMIREZ, J.**

**3301 EDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–15–CR–0000396–2007 (Chester)

Affirmed

COM.

v.

**RETZLER, W.**

**221 EDA 2017**

Superior Court of Pennsylvania.

09/15/2017

Reargument Denied 11/13/2017

CP–09–SA–0000381–2016 (Bucks)

Appeal Dismissed